1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   Email: adrienne.publicover@wilsonelser.com
2  LAURA E. FANNON (SBN 111500)
   Email: Laura.Fannon@Wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:    (415) 433-0990
   Facsimile:     (415) 434-1370
6  Attorneys for Defendant
   LIFE INSURANCE COMPANY
7  OF NORTH AMERICA

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| ATHENA WOLFE, | Case No.: CV 12 0702 JCS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Complaint filed:  February 13, 2012<br>Trial date:  None set |
| Defendant, | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Athena Wolfe and defendant Life Insurance Company of North America, by and through their respective counsel, hereby stipulate and agree that this action may be, and hereby is, dismissed with prejudice in its entirety. Each party shall bear her or its own attorneys' fees and costs of suit.

Dated: April 27, 2012         ROBOOSTOFF & KALKIN

                              By:    /s/ Scott Kalkin
                                     SCOTT KALKIN
                                     Attorneys for Plaintiff
                                     ATHENA WOLFE

Dated: April 27, 2012         WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                              By:    /s/ Laura E. Fannon
                                     ADRIENNE C. PUBLICOVER
                                     LAURA E. FANNON
                                     Attorneys for Defendant
                                     LIFE INSURANCE COMPANY
                                     OF NORTH AMERICA

Dated: May 1, 2012

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
(Seal: United States District Court, Northern District of California)

**PROOF OF SERVICE**
*Athena Wolfe v. Life Insurance Company of North America*
U.S. Dist. Court, N.D. Calif. Case No. CV 12-0702 JCS

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

on the person or persons listed below, through their respective attorneys of record in this action by the following means of service:

☐: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Scott Kalkin, Esq.
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 820
San Francisco, CA  94104
Tel.  (415) 732-0282
Fax:  (415) 732-0287
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on April 27, 2012 at San Francisco, California.

                                        */s/ Stacey Muller*
                                        Stacey Muller

870264.1